# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2005

130108 & (21) (22)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANTONIO L. THOMAS and ANTONIO
L. THOMAS ASSOCIATED,
   Plaintiffs-Appellants,

v

LA-VAN HAWKINS and
URBAN CITY FOODS, LLC,
   Defendants-Appellees,

and

MELVIN BUTCH HOLLOWELL,
   Receiver-Appellee.

SC: 130108
COA: 266779
Wayne CC: 02-220633-CZ

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The motion for stay of trial court proceedings is also GRANTED, and proceeds of the sale of the Sweet Georgia Brown restaurant shall not be distributed during the pendency of the stay. The application for leave to appeal the December 2, 2005 order of the Court of Appeals remains under consideration.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2005        _____

s1221               Clerk